FILED '10 APR 28 12:06 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLIAM JOSEPH BLIZZARD, | CV No. 09-00700-TC |
| Petitioner, | |
| v. | ORDER DISMISSING HABEAS CORPUS PETITION |
| JOE DeCAMP, | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss William Joseph Blizzard's habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 28 day of April, 2010.

_____
The Honorable Thomas M. Coffin
U.S. Magistrate Judge

Submitted by:

s/Tonia L. Moro
Tonia L. Moro
Attorney for Petitioner William Joseph Blizzard (with consent)